42 So.2d 475

## Hubert WILSON et al. v. STATE.

### 3 Div. 546.

Supreme Court of Alabama.
Oct. 13, 1949.

H. C. Rankin, of Brewton, for petitioners.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Hubert (alias Herbert) Wilson and Bruce Wilson for certiorari to the Court of Appeals to review and revise the

judgment and decision of that Court in the case of Wilson et al. v. State, 42 So.2d 474.

Writ denied.

BROWN, FOSTER and LAWSON, JJ., concur.